UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| RAHIM AL-ZARKANI, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No.: 4:19-cv-1133-AKK-JEO |
| WARDEN, ETOWAH COUNTY JAIL, et al., | ) ) ) ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

The magistrate judge filed a report on October 31, 2019, recommending that Respondents' motion to dismiss be granted and that the petition for a writ of habeas corpus be dismissed as moot based on Petitioner's removal to Iraq. Doc. 19. Although the magistrate judge advised Petitioner of his right to file specific written objections within fourteen days, no objections have been received by the court. *Id.*

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss, doc. 16, is due to be granted and the petition is due to be dismissed.

A separate order will be entered.

**DONE** the 2nd day of December, 2019.

                                                    **ABDUL K. KALLON**
                                            UNITED STATES DISTRICT JUDGE